# United States Court of Appeals for the Federal Circuit

---

March 17, 2016

## ERRATUM

---

Appeal No. 2015-1375

### HALO CREATIVE & DESIGN LIMITED, HALO TRADEMARKS LIMITED, HALO AMERICAS LIMITED,
*Plaintiffs-Appellants*

**v.**

### COMPTOIR DES INDES INC., DAVID OUAKNINE,
*Defendants-Appellees*

Decided: March 14, 2016
Precedential Opinion

---

Please make the following change:

On page 15, replace the sentence

    Costs to appellees.

with the following sentence:

    Costs to appellants.